B1 (Official Form 1) (12/11)

| UNITED STATES BANKRUPTCY COURT<br>**Northern District of Illinois** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Reed Joyce M | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>0273 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>7827 S May St<br>Chicago IL                                 ZIP CODE 60620 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A                                 ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>Same                                 ZIP CODE | Mailing Address of Joint Debtor (if different from street address):                                 ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A                                 ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check<br>this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9             Recognition of a Foreign<br>☐ Chapter 11           Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13           Recognition of a Foreign<br>                            Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or<br>against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization<br>under title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box.)<br>☒ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or<br>household purpose."    ☐ Debts are<br>primarily<br>business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment<br>on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

KENNETH S. GARDNER, CLERK
U.S. BKY. COURT
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
FILED
FEB 21 2013

B1 (Official Form 1) (12/11)                                                                                                  Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Reed Joyce M |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location<br>Where Filed: N/A | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: N/A | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:<br>N/A | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X ___N/A_____<br>Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | Reed Joyce M |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Joyce Reed_
   Signature of Debtor

X N/A
   Signature of Joint Debtor      (847) 345-9940

   Telephone Number (if not represented by attorney)

   Date 2/21/13

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X N/A
   (Signature of Foreign Representative)

   N/A
   (Printed Name of Foreign Representative)

   Date

### Signature of Attorney*

X N/A
   Signature of Attorney for Debtor(s)
   N/A
   Printed Name of Attorney for Debtor(s)
   N/A
   Firm Name

   N/A

   Address
   N/A
   Telephone Number

   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

   N/A
   Printed Name and title, if any, of Bankruptcy Petition Preparer

   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

   N/A

   Address

X N/A
   Signature

   Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X N/A
   Signature of Authorized Individual
   N/A
   Printed Name of Authorized Individual
   N/A
   Title of Authorized Individual

   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois
_____        _____

In re Reed Joyce M
_____          Case No._____
Debtor                           (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

_____
_____
_____
_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

❏ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: __2/21/13__

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Northern District of Illinois

In re  Reed Joyce M                                                    ,           Case No. _____
                    Debtor

                                                                                        Chapter  7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | yes | 1 | $ 0.00 | | |
| B - Personal Property | yes | 3 | $ 6,779.00 | | |
| C - Property Claimed as Exempt | yes | 1 | | | |
| D - Creditors Holding Secured Claims | yes | 1 | | $ 9,173.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | yes | 3 | | $ 18589.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | yes | 39 | | $ 75,370.00 | |
| G - Executory Contracts and Unexpired Leases | yes | 1 | | | |
| H - Codebtors | yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | yes | 1 | | | $ 2,073.00 |
| J - Current Expenditures of Individual Debtors(s) | yes | 1 | | | $ 2,518.00 |
| TOTAL | | 52 | $ 6,779.00 | $ 103132.00 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Northern District of Illinois

In re  Reed Joyce M                                    ,                     Case No. _____
                        Debtor

                                                                             Chapter  7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 18589.00 | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ 18589.00 | |

**State the following:**

| | | |
|---|---|---|
| Average Income  (from Schedule I, Line 16) | $ | 2,073.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 2,518.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 1,363.00 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 8,323.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 18589.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4.  Total from Schedule F | | $ 75,370.00 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 83,693.00 |

B6A (Official Form 6A) (12/07)

In re ___Reed Joyce M_____,          Case No. _____
            **Debtor**                                                                  **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| N/A | | | | none |
| | | | Total▶ 0.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  Reed Joyce M                                              ,        Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | cash in wallet | | 20.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank checking acct. #7390 | | 30.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | x | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | bedroomset/mattress(Aaron's)items@replacemt (400)value from resale store dishes(30)tv's(250) | | 680.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | family pictures(no cash value)bible(20)cd's(40) dvd's(40)books(75)items priced from used store | | 175.00 |
| 6. Wearing apparel. | | normal wearing apparel/items priced@used stor | | 300.00 |
| 7. Furs and jewelry. | | earrings(50)watch(30)items priced at pawn sho | | 80.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | bicycle(40)priced at yard sale | | 40.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | x | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Reed Joyce M                                    ,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | expected 2012 tax return( EIC) | | 4,409.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Reed Joyce M                                                    ,        Case No. _____
              **Debtor**                                                                          **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | | copyright on non published book(no value) | | 0.00 |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | x | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | x | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | x | | | |
| 26. Boats, motors, and accessories. | x | | | |
| 27. Aircraft and accessories. | x | | | |
| 28. Office equipment, furnishings, and supplies. | | home computer(200)printer(50)fax machine(30 telephone(25)items priced from flea market | | 305.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 30. Inventory. | x | | | |
| 31. Animals. | x | | | |
| 32. Crops - growing or harvested. Give particulars. | x | | | |
| 33. Farming equipment and implements. | x | | | |
| 34. Farm supplies, chemicals, and feed. | x | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | food(250)dvd player(40)Livingroom/tables/lam (450)Rent-a-Center items valued from used | | 740.00 |

___0___ continuation sheets attached    Total▶    $              6,779.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B 6C (Official Form 6C) (04/10)

In re  Reed Joyce M                                    ,          Case No. _____
                  Debtor                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
*(Check one box)*                                                                         $146,450.*
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| cash in wallet | 735-5/12-1001(b) | 20.00 | 20.00 |
| Chase Bank checking acct. 7390 | 735-5/12-1001(b) | 30.00 | 30.00 |
| Aaron's/household furnitur dishes items resale value | 735-5/12=1001(b) | 680.00 | 680.00 |
| bible/cd's/dvd's/books all items valued at used book | 735-5/12-1001(a) | 175.00 | 175.00 |
| normal wearing apparel items priced from used stor | 735-5/12-1001(a) | 300.00 | 300.00 |
| jewelry/earrings/watch item priced from pawn shop | 735-5/12-901 | 80.00 | 80.00 |
| bicycle/yard sale value | 735-5/12-901 | 40.00 | 40.00 |
| expected 2012 tax return (Earn Income Credit) | 735-5/12-1001(g)(1) 735-5/12-1001(b) | 4,409.00 | 4,409.00 |
| copyright on non published book(no value) | 735-5/12-901 | 0.00 | 0.00 |
| home computer/printer/fax telephone flea markt value | 735-5/12-901 | 305.00 | 305.00 |
| other person property/Rent a-Center/Livingroom/tables | 735-5/12-901 | 740.00 | 740.00 |

\* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re ___Reed Joyce M_____,    Case No. _____
**Debtor**                                                    **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6530XXXXXXX<br><br>Rent-A-Center<br>121 E Irving Park Rd<br>Streamwood IL 60107 | | | 05/2012<br>purchase money<br>security<br><br>VALUE $   450.00 | | | x | 7,000.00 | 6,550.00 |
| ACCOUNT NO. 2067XXXXXXX<br><br>Aaron's Sales & Lease<br>1015 Cobb Place Blvd<br>Kennesaw GA 30144 | | | 08/2012<br>purchase money<br>security<br><br>VALUE $   400.00 | | | x | 2,173.00 | 1,773.00 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| _0_   continuation sheets attached | | | Subtotal ▶<br>(Total of this page) | | | | $ | $ |
| | | | Total ▶<br>(Use only on last page) | | | | $   9,173.00 | $   8,323.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6E (Official Form 6E) (04/10)

In re  Reed Joyce M                              ,          Case No._____
                    Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the  husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B 6E (Official Form 6E) (04/10) – Cont.

In re ___Reed Joyce M_____ ,        Case No._____
                            Debtor                                                        *(if known)*

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                            ___1___ continuation sheets attached

B 6E (Official Form 6E) (04/10) – Cont.

In re  Reed Joyce M                                              ,        Case No. _____
_____
            **Debtor**                                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 6559XXXXXXXX<br><br>Dept of Ed/ Nelnet<br>3015 Parker Rd Ste 400<br>Aurora CO 80014 | | | 02/2010<br>school loan | | | | 7,087.00 | 7,087.00 | |
| Account No. 6559XXXXXXXX<br><br>Dept of Ed/ Nelnet<br>3015 Parker Rd Ste 400<br>Aurora CO 80014 | | | 02/2010<br>school loan | | | | 3,840.00 | 3,840.00 | |
| Account No. 0273XXXXXXXX<br><br>Dept of Ed/ Nelnet<br>121 S 13th St<br>Lincoln NE 68508 | | | 02/2010<br>notice only | | | | 0.00 | 0.00 | |
| Account No. 0022 XXXX<br><br>Sallie Mae<br>P.O. Box 9500<br>Wilkes Barre PA 18773 | | | 09/2005<br>School loan | | | | $ 7662.00 | $ 7662.00 | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals▶<br>(Totals of this page) | $ | $ | |
|---|---|---|---|---|
| | Total▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 18589.00 | | |
| | Totals▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 18589.00 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re  Reed Joyce M                                    ,          Case No. _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3260XXXXXXXXXX<br><br>AAA<br>1515 North Westshore Blvd<br>Tampa FL 33607 | | | 04/2012<br>credit use | | | | 30.00 |
| ACCOUNT NO. 7161XXXXXXXXXX<br><br>Access Community Health Network<br>P O Box 87618<br>Chicago IL 60680 | | | 03/2012-04/2012<br>medical | | | | 429.00 |
| ACCOUNT NO. 0273XXXXXXXXXX<br><br>Allied Interstate/Public Storage<br>Marietta/Piedmont P O Box 361774<br>Columbus OH 43236 | | | 10/2011<br>credit use | | | | 74.00 |
| ACCOUNT NO. 4422XXXXXXXXXX<br><br>American Dental Assoc<br>5342 S Archer<br>Chicago IL 60632 | | | 09/2008<br>medical | | | | 167.00 |

_36_ continuation sheets attached

Subtotal▶ $ 700.00

Total▶ $ 75370⁰⁰
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                    ,        Case No. _____
                  **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6885XXXXXXXXX<br><br>AFNI/ Sprint/ Nextel<br>P O Box 3097<br>Bloomington IL 61702 | | | 10/2007<br>credit use | | | | 865.00 |
| ACCOUNT NO.  5736XXXXXXXXX<br><br>Allied Interstate/ Sprint<br>3000 Corporate Exchange Dr<br>Columbus OH 43231 | | | 11/2012<br>credit use | | | | 622.00 |
| ACCOUNT NO.  9845XXXXXXXXX<br><br>Asset Acceptance/Bally Total Fitness<br>P O Box 2036<br>Warren MI 48090 | | | credit use | | | | 936.00 |
| ACCOUNT NO.  2067XXXXXXXXX<br><br>AARONS Sales & Lease O<br>1015 Cobb Place Blvd<br>Kennesaw GA 30144 | | | 08/2012<br>credit use | | | | 2,173.00 |
| ACCOUNT NO.  1019XXXXXXXXX<br><br>Advanced Collection Systems/Walmart<br>1304 Vale Park Rd<br>Valparaiso IN 46383 | | | 06/2005<br>credit use | | | | 61.00 |

Sheet no. _1_ of _36_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   | $  4657.00

Total▶   | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                      ,          Case No. _____
            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7001XXXXXXXXX<br><br>AMS Allen Maxwell &Silver/D&B Credibility<br>190 Sylvan Ave<br>Englewood Cliffs NJ 07632 | | | 03/2012<br>credit use | | | | 299.00 |
| ACCOUNT NO. 5279XXXXXXXXX<br><br>Applied Bank/ CBCS/Capital Management<br>P O Box 10210<br>Wilmington DE 19850 | | | 04/2005<br>credit use | | | | 1,526.00 |
| ACCOUNT NO. 2614XXXXXXXXX<br><br>Asset Acceptance/Allen Gunn/Jutla S<br>P O Box 2036<br>Warren MI 48090 | | | 03/2008<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO. 8472XXXXXXXXX<br><br>Asset Acceptance/ SBC<br>P O Box 2036<br>Warren MI 48090 | | | 12/2004<br>credit use | | | | 129.00 |
| ACCOUNT NO. 8385XXXXXXXXX<br><br>Advocate MSO Services/Christ Medical Group/Sangili Chandran<br>75 Remittance Dr Ste 109<br>Chicago IL 60675 | | | medical | | | | 88.00 |

Sheet no. _2_ of _36_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 2042.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                    ,        Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5266XXXXXXXXX<br><br>Associates National Bank/PCC INC<br>P O Box 142289<br>Irving TX 75014 | | | credit use/ notice only | | | | 0.00 |
| ACCOUNT NO. 4908XXXXXXXXX<br><br>Alexander Ridge/Con Service<br>102 Alexander Dr<br>Canton GA 30114 | | | 07/2011<br>credit use | | | | 1,900.00 |
| ACCOUNT NO. 0273XXXXXXXXX<br><br>Alexander Ridge/ Con Service<br>P O Box 2109<br>Woodstock GA 30188 | | | 07/2011<br>notice only | | | | 0.00 |
| ACCOUNT NO. 1185XXXXXXXXX<br><br>ABM Allocated Business/Oral Facial<br>P O Box 893<br>Mundelein IL 60060 | | | medical<br>notice only | | | | 0.00 |
| ACCOUNT NO. 0273XXXXXXXXX<br><br>Andre Howard<br>P O Box 20055<br>Chicago IL 60620 | | | 09/2008<br>credit use | | | | 800.00 |

Sheet no. 3 of 38 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 2700.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                          ,                    Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8262XXXXXXXXXX <br><br> Andre Howard <br> 1651 West 83rd St <br> Chicago IL 60620 | | | notice only | | | | 0.00 |
| ACCOUNT NO.  0273XXXXXXXXXX <br><br> Banfield Pet Hospital/I C Systems Coll <br> 1285 Johnson Ferry Rd <br> Marietta GA 30068 | | | 12/2010 <br> notice only | | | | 0.00 |
| ACCOUNT NO.  3747XXXXXXXXXX <br><br> Black Enterprise Magazine <br> P O Box 5677 <br> Harlan IA 51593 | | | 01/2013 <br> credit use | | | | 22.00 |
| ACCOUNT NO.  5976XXXXXXXXXX <br><br> Blatt Hasenmiller/Capital One Bank <br> 125 S. Wacker Dr Ste 400 <br> Chicago IL 60606 | | | 02/2009 <br> judgment | | | | 7,120.00 |
| ACCOUNT NO.  3737XXXXXXXXXX <br><br> Bay Area Credit Serv/ A T&T Illinois <br> 97 E Brokaw Rd Ste 240 <br> San Jose CA 95112 | | | 08/2008 <br> credit use | | | | 251.00 |

Sheet no. _4_ of _36_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 7393.00

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                    ,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4937XXXXXXXXX<br>Buehler YMCA<br>1400 W Northwest Hwy<br>Palatine IL 60067 | | | 05/2012<br>credit use | | | | 113.00 |
| ACCOUNT NO. 0273XXXXXXXXX<br>Baer Financial/ Renaissance Apartmts<br>P O Box 388<br>ST Peters MO 63376 | | | notice only | | | | 0.00 |
| ACCOUNT NO. 2810XXXXXXXXX<br>Bank of America/NCO Financial<br>11333 McCormmick<br>Hunt Valley MD 21031 | | | 10/2009<br>credit use | | | | 300.00 |
| ACCOUNT NO. 2836XXXXXXXXX<br>Bank of America/ NCO Financial<br>100 North Broadway<br>St Louis MO 63102 | | | 10/2009<br>credit use | | | | 400.00 |
| ACCOUNT NO. 2679XXXXXXXXX<br>Bank of America/ NCO Financial<br>11333 McCormmick<br>Hunt Valley MD 21031 | | | 10/2009<br>credit use | | | | 365.00 |

Sheet no. 5 of 36 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 1178.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M _____ ,          Case No. _____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 869.0XXXXXXXXXX<br><br>Bortolazzo Group/Durham & Durham<br>P O Box 5518<br>Athens GA 30604 | | | 11/2009<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO. 1003XXXXXXXXXX<br><br>Bally Total Fitness/ Asset Acceptance<br>P O Box 96241<br>Washington DC 20090 | | | notice only | | | | 0.00 |
| ACCOUNT NO. 1833XXXXXXXXXX<br><br>Brent D Stamps/ Wellstar Kennestone<br>P O Box 2387<br>Norcross GA 30093 | | | 07/2010<br>medical | | | | 149.00 |
| ACCOUNT NO. 9359XXXXXXXXXX<br><br>CBC National/MCI Communications<br>250 E Town St<br>Columbus OH 43215 | | | 05/2006<br>credit use | | | | 224.00 |
| ACCOUNT NO. 6204XXXXXXXXXX<br><br>Capital One Bank/Blatt Hasenmiller<br>P O Box 30281<br>Salt Lake City UT 84130 | | | 11/2005<br>credit use/ notice only | | | | 0.00 |

Sheet no. 6 of 36 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ 373.00

Total ►  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                    ,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7510XXXXXXXXX<br><br>Capital One Bank/Blatt Hasenmiller<br>P O Box 30281<br>Salt Lake City UT 84130 | | | notice only | | | | 0.00 |
| ACCOUNT NO. 7940XXXXXXXXX<br><br>Comcast-Atlanta/Stellar Recovery<br>2925 Courtyard S Dr<br>Norcross GA 30071 | | | 10/2012<br>notice only | | | | 0.00 |
| ACCOUNT NO. 0273XXXXXXXXX<br><br>CPA/Comcast-Atlanta<br>P O Box 802068<br>Dallas TX 75380 | | | notice only | | | | 0.00 |
| ACCOUNT NO. 1116XXXXXXXXX<br><br>Credit Management Control/Walgreen<br>P O Box 1408<br>Racine WI 53401 | | | 12/2005<br>credit use | | | | 35.00 |
| ACCOUNT NO. 0273XXXXXXXXX<br><br>CPS/Credit Managemt/Walgreens<br>P O Box 23037<br>Corpus Christi TX 78403 | | | notice only | | | | 0.00 |

Sheet no. 7 of 36 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 35.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                                          ,          Case No. _____
                          **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1069XXXXXXXXX<br><br>Cobb County Water<br>660 South Cobb Dr SE<br>Marietta GA 30060 | | | credit use | | | | 251.00 |
| ACCOUNT NO.  3730XXXXXXXXX<br><br>Credit Protection Assoc/Stellar<br>13355 Noel Rd Ste 2100<br>Dallas TX 75240 | | | 02/2011<br>notice only | | | | 0.00 |
| ACCOUNT NO.  7300XXXXXXXXX<br><br>Chase Bank/Integrity Financial Partne<br>370 S Cleveland Ave Bldg 370<br>Westerville OH 43081 | | | 12/2012<br>credit use | | | | 162.00 |
| ACCOUNT NO.  2171XXXXXXXXX<br><br>Chase Bank/First Source Advantage<br>5445 Ali Dr<br>Grand Blanc MI 48439 | | | credit use/notice only | | | | 0.00 |
| ACCOUNT NO.  3023XXXXXXXXX<br><br>Chase Bank/Leading Edge Recovery<br>370 S Cleveland Ave Bldg 370<br>Westerville OH 43081 | | | 12/2012<br>credit use | | | | 701.00 |

Sheet no. _8_ of _36_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1114.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Reed Joyce M_____,   Case No. _____
  **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5164XXXXXXXXX<br><br>ComEd<br>P O Box 6111<br>Carol Stream IL 60197 | | | credit use | | | | 22.00 |
| ACCOUNT NO.  5081XXXXXXXXX<br><br>ComEd<br>P O Box 6111<br>Carol Stream IL 60197 | | | credit use | | | | 441.00 |
| ACCOUNT NO.  5034XXXXXXXXX<br><br>ComEd<br>P O Box 6111<br>Carol Stream IL 60197 | | | credit use | | | | 229.00 |
| ACCOUNT NO.  0054XXXXXXXXX<br><br>ComEd<br>P O Box 6111<br>Carol Stream IL 60197 | | | 11/2004<br>credit use/notice only | | | | 0.00 |
| ACCOUNT NO.  9960XXXXXXXXX<br><br>CMI/ WOW Chicago Cable<br>4200 International Pkwy<br>Carrollton TX 75007 | | | 09/2008<br>credit use | | | | 202.00 |

Sheet no. __9__ of __3?__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 894.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                    ,        Case No. _____
              **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8491XXXXXXXXX<br><br>Contract Callers/Peoples Gas Light & Coke 266<br>P O Box 212609<br>Augusta GA 30917 | | | 03/2012<br>credit use | | | | 1,111.00 |
| ACCOUNT NO. 0709XXXXXXXXXX<br><br>Credit Protection Assoc/DirecPath<br>13355 Noel Rd Ste 2100<br>Dallas TX 75240 | | | 10/2011<br>credit use | | | | 224.00 |
| ACCOUNT NO. 0273XXXXXXXXXX<br><br>Credit Protection Assoc/DirecPath<br>P O Box 802068<br>Dallas TX 75380 | | | notice only | | | | 0.00 |
| ACCOUNT NO. 1784XXXXXXXXXX<br><br>CBCS/Applied Bank/Capital Manage<br>P O Box 1810<br>Columbus OH 43216 | | | 04/2005<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO. 0273XXXXXXXXXX<br><br>Capital Management/Applied Bank<br>726 Exchange St Ste 700<br>Buffalo NY 14210 | | | notice only | | | | 0.00 |

Sheet no. __10__ of __36__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 1335.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Reed Joyce M                          ,          Case No. _____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0565XXXXXXXXX<br><br>Check-N-Go/Great Lakes Specialty<br>4540 Cooper Rd Ste 200<br>Cincinnati OH 45242 | | | credit use | | | | 1,453.00 |
| ACCOUNT NO. 9419XXXXXXXXXX<br><br>Check-N-Go/Great Lakes Specialty<br>4540 Cooper Rd Ste 200<br>Cincinnati OH 45242 | | | credit use | | | | 757.00 |
| ACCOUNT NO. 9044XXXXXXXXXX<br><br>ConService/ Alexander Ridge<br>P O Box 4717<br>Logan UT 84323 | | | credit use | | | | 130.00 |
| ACCOUNT NO. 4537XXXXXXXXX<br><br>City of Chicago/Dept of Revenue<br>P O Box 88292<br>Chicago IL 60680 | | | 11/2009<br>ticket | | | | 244.00 |
| ACCOUNT NO. 5378XXXXXXXXX<br><br>City of Chicago/Dept of Revenue<br>P O Box 88292<br>Chicago IL 60680 | | | 10/2009<br>ticket | | | | 244.00 |

Sheet no. 11 of 36 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 2828.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                        ,          Case No. _____
        **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7542XXXXXXXXX<br><br>Convergent/Chase Bank<br>P O Box 9004<br>Renton WA 98057 | | | 11/2011<br>credit use | | | | 378.00 |
| ACCOUNT NO. 8314XXXXXXXXX<br><br>Credit Collection Service /Geico<br>Two Wells Ave<br>Newton MA 02459 | | | 05/2010<br>credit use | | | | 455.00 |
| ACCOUNT NO. 5741XXXXXXXXX<br><br>Calumet Dermatology Assoc<br>19 River Oaks Dr<br>Calumet City IL 60409 | | | 02/2004<br>credit use | | | | 35.00 |
| ACCOUNT NO. 0273XXXXXXXXX<br><br>Concord Medical Center<br>LBX 619747-P O Box 6197<br>Chicago IL 60680 | | | 05/2002<br>credit use | | | | 1,353.00 |
| ACCOUNT NO. 0273XXXXXXXXX<br><br>Christ Medical Group<br>701 Lee St<br>Des Plaines IL 60016 | | | medical/notice only | | | | 0.00 |

Sheet no. 12 of 36 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 2221.00

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                    ,        Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0273XXXXXXXXXX<br><br>Cleveland<br>5949 S Wolcott<br>Chicago IL 60636 | | | 01/2007<br>notice only | | | | 0.00 |
| ACCOUNT NO. 0273XXXXXXXXXX<br><br>Cleveland<br>5952 S Peoria St<br>Chicago IL 60621 | | | 01/2007<br>notice only | | | | 0.00 |
| ACCOUNT NO. 9482XXXXXXXXXX<br><br>Debt Recovery Solutions<br>900 Merchants Conc Ste 106<br>Westbury NY 11590 | | | 03/2004<br>credit use | | | | 189.00 |
| ACCOUNT NO. 0273XXXXXXXXXX<br><br>Detex Agency&Assoc/Nat.Payday<br>P O Box 383<br>Decorah IA 52101 | | | 12/2005<br>credit use | | | | 354.00 |
| ACCOUNT NO. 5473XXXXXXXXXX<br><br>DirecPath/ Credit Protection Assoc<br>817 NW Peachtree St #750<br>Atlanta GA 30308 | | | 10/2011<br>notice only | | | | 0.00 |

Sheet no. 13 of 36 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 543.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                    ,        Case No. _____
                    **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4343XXXXXXXXX<br><br>Directv/ Focus Receivables Managemt<br>2230 E Imperial Hwy<br>EL Segundo CA 90245 | | | 09/2012<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO.  0273XXXXXXXXXX<br><br>Directv/Focus Receivables Managemt<br>P O Box 78626<br>Phoenix AZ 85062 | | | notice only | | | | 0.00 |
| ACCOUNT NO.  0273XXXXXXXXXX<br><br>Directv/Focus Receivables Managemt<br>P O Box 6550<br>Greenwood Village CO 80155 | | | notice only | | | | 0.00 |
| ACCOUNT NO.  1705XXXXXXXXX<br><br>Dr Lawrence A White D.M.D.<br>8741 South Greenwood Ste 107<br>Chicago IL 60619 | | | 09/2009-12/2012<br>medical | | | | 502.00 |
| ACCOUNT NO.  9417XXXXXXXXX<br><br>Durham&Durham/ Bortolazzo Group<br>5665 New Northside Dr Ste 340<br>Atlanta GA 30328 | | | 03/2011<br>credit use | | | | 361.00 |

Sheet no. 14 of 35 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 863.00

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Reed Joyce M                                    ,        Case No. _____
                        **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0072XXXXXXXXXX<br><br>Edgebrook Bank<br>6000 Touhy Ave<br>Chicago IL 60646 | | | credit use | | | | 875.00 |
| ACCOUNT NO.  0273XXXXXXXXXX<br><br>Entrepreneur Magazine<br>P O Box 6136<br>Harlan IA 51593 | | | 01/2013<br>credit use | | | | 12.00 |
| ACCOUNT NO.  6537XXXXXXXXXX<br><br>Fair Coll Outsourcing/Plantation Ridge<br>12304 Baltimore Ave #E<br>Beltsville MD 20705 | | | 06/2010<br>credit use | | | | 3,602.00 |
| ACCOUNT NO.  0273XXXXXXXXXX<br><br>First Magazine<br>P O Box 422569<br>Palm Coast FL 32142 | | | 01/2013<br>credit use | | | | 22.00 |
| ACCOUNT NO.  6544XXXXXXXXXX<br><br>First Source Advantage/ Chase<br>205 Bryantwoods South<br>Amherst NY 14228 | | | credit use | | | | 378.00 |

Sheet no. __15__ of __30__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $  4889.00

Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Reed Joyce M                                              ,          Case No. _____
          **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7046XXXXXXXXX<br><br>First Collection Svcs/Frontier A Citizen<br>10925 Otter Creek Rd E<br>Mabelvale AR 72103 | | | 11/2005<br>credit use | | | | 141.00 |
| ACCOUNT NO.  7181XXXXXXXXXX<br><br>First Collection Svcs/I C Systems<br>10925 Otter Creek Rd E<br>Mabelvale AR 72103 | | | credit use/ notice only | | | | 0.00 |
| ACCOUNT NO.  4389XXXXXXXXX<br><br>Food Network Magazine<br>P O Box 6093<br>Harlan IA 51593 | | | 01/2013<br>credit use | | | | 18.00 |
| ACCOUNT NO.  02-FLXXXXXXXXX<br><br>Fredrick J Hana & Assoc/ Chase<br>1427 Roswell Rd<br>Marietta GA 30062 | | | notice only | | | | 0.00 |
| ACCOUNT NO.  4202XXXXXXXXX<br><br>Fingerhut Credit Advant-AXSYS/<br>Midland Credit MGMT<br>4400 Baker St<br>Minnetonka MN 55343 | | | 06/2005<br>credit use/ notice only | | | | 0.00 |

Sheet no.__16__of__30__continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 159.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                    ,          Case No. _____
                 **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0273XXXXXXXXX<br><br>Fingerhut Credit Advant-AXSYS<br>16 McLeland Rd<br>Saint Cloud MN 56303 | | | 10/2001<br>credit use/notice only | | | | 0.00 |
| ACCOUNT NO.  0273XXXXXXXXX<br><br>First National Collection Bureau/<br>Resolution Managemt-Quik Payday<br>610 Watham<br>Sparks NV 89434 | | | 11/2010<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO.  0420XXXXXXXXX<br><br>Fingerhut/Jefferson Capital/Plaza Ass<br>P O Box 5033<br>Sioux Falls SD 57117 | | | 03/2005<br>notice only | | | | 0.00 |
| ACCOUNT NO.  3608XXXXXXXXX<br><br>Focus Receivables Manage/Directv<br>1130 NorthChase Pk Ste 150<br>Marietta GA 30067 | | | 09/2012<br>credit use | | | | 387.00 |
| ACCOUNT NO.  11-00XXXXXXXXX<br><br>GEICO/ Credit Collection Serv<br>One GEICO Plaza<br>Bethesda MD 20811 | | | 05/2010<br>notice only | | | | 0.00 |

Sheet no. _17_of _36_continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $  387.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                                    ,          Case No. _____
              **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5967XXXXXXXXX<br><br>Georgia Power<br>2500 Patrick Henry Pkwy<br>McDonough GA 30253 | | | 01/2012<br>credit use | | | | 362.00 |
| ACCOUNT NO. 2206XXXXXXXXXX<br><br>Georgia Power Co<br>241 Ralph McGill Blvd NE<br>Atlanta GA 30308 | | | 09/2011<br>credit use | | | | 200.00 |
| ACCOUNT NO. 0279XXXXXXXXX<br><br>Guaranty Bank<br>P O Box 240200<br>Milwaukee WI 53223 | | | 12/2005<br>credit use | | | | 427.00 |
| ACCOUNT NO. 0273XXXXXXXXX<br><br>Georgia Dept of Labor<br>P O Box 38486<br>Atlanta GA 30334 | | | 03/2011<br>credit use | | | | 1393.00 |
| ACCOUNT NO. 6001XXXXXXXXX<br><br>I C Systems/I Q Telecom<br>P O Box 64378<br>Saint Power MN 55164 | | | 12/2010<br>credit use | | | | 158.00 |

Sheet no. 18 of 36 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 2540.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                    ,          Case No. _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6001XXXXXXXXX<br><br>I Q Telecom/ I C Systems Collections<br>3221 Burr Oak Ave<br>Blue Island IL 60406 | | | 03/2006<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO.  0273XXXXXXXXXX<br><br>I C Systems/Frontier A Citizens Comm<br>First Collection SVCS<br>P O Box 3564<br>Little Rock AR 72203 | | | 11/2005<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO.  7300XXXXXXXXXX<br><br>Integrity Financial Partners/ Chase<br>P O Box 11530<br>Overland KS 66207 | | | 12/2012<br>credit use | | | | 192.00 |
| ACCOUNT NO.  6673XXXXXXXXXX<br><br>Jefferson Capital-PlazaAssoc/Fingerh<br>370 Seventh Ave<br>New York NY 10001 | | | 03/2005<br>credit use | | | | 361.00 |
| ACCOUNT NO.  3720XXXXXXXXXX<br><br>HSBC Auto Finance<br>P O Box 961245<br>Fort Worth TX 76161 | | | 06/2005<br>notice only | | | | 0.00 |

Sheet no. 19 of 36 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 553.00

Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Reed Joyce M                                    ,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0273XXXXXXXXX  IDES Benefit Repayments P O Box 6996 Chicago IL 60680 | | | 10/2010 credit use | | | | 4051.00 |
| ACCOUNT NO. 0273XXXXXXXXX  INQUIRES- O The OPRAH Magazine P O Box 6093 Harlan IA 51593 | | | 01/2013 credit use | | | | 18.00 |
| ACCOUNT NO. 5876XXXXXXXXX  Jutla Sanjay&Allen Gunn/Asset Accep 55 E Jackson 16th FL Chicago IL 60604 | | | 03/2008 notice only | | | | 0.00 |
| ACCOUNT NO. 7513XXXXXXXXX  Lake County Business/Nipsco 541 Otis Bowen Dr Munster IN 46321 | | | credit use/notice only | | | | 0.00 |
| ACCOUNT NO. 4011XXXXXXXXX  Lasalle-Bank of America/TRS Recov P O Box 25118 Tampa FL 33622 | | | notice only | | | | 0.00 |

Sheet no. 20 of 30 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 4069.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                         ,        Case No. _____
              **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6091XXXXXXXXX <br><br> Law Office of Vincent P Cignarale/Quik Payday 5100 Transit Rd Depew NY 14043 | | | 10/2008 credit use/ notice only | | | | 0.00 |
| ACCOUNT NO. 6066XXXXXXXXXX <br><br> Loyola Medicine Two Westbrook Corp Center Ste 600 Westchester IL 60154 | | | 09/2012 credit use | | | | 29.00 |
| ACCOUNT NO. 9787XXXXXXXXX <br><br> McKelvey Law Offices/ Unistates CA 4246 Ridge Lea Ste 1 Amherst NY 14226 | | | 04/2008 credit use | | | | 280.00 |
| ACCOUNT NO. 1103XXXXXXXXX <br><br> Midland Credit Mgmt/ Fingerhut 8875 Aero Dr San Diego CA 92123 | | | 06/2005 credit use | | | | 633.00 |
| ACCOUNT NO. 1000XXXXXXXXX <br><br> National Credit Solutions/Sage Telec P O Box 15779 Oklahoma City OK 73155 | | | 08/2008 credit use | | | | 266.00 |

Sheet no. 21 of 38 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ 1208.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                    ,          Case No. _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6900XXXXXXXXX <br><br> National Credit Adjusters/Instant Cash <br> P O Box 3023 <br> Hutchinson KS 67504 | | | 01/2009 <br> credit use | | | | 290.00 |
| ACCOUNT NO.  2106XXXXXXXXXX <br><br> North Shore Agency/ Proactiv <br> 4000 East Fifth Ave <br> Columbus OH 43219 | | | 11/2012 <br> credit use | | | | 136.00 |
| ACCOUNT NO.  0273XXXXXXXXX <br><br> North Shore Agency/ Proactiv <br> P O Box 4945 <br> Trenton NJ 08650 | | | 11/2012 <br> notice only | | | | 0.00 |
| ACCOUNT NO.  4002XXXXXXXXX <br><br> NCO Financial/ Suntrust Bank <br> P O Box 15636 <br> Wilmington DE 19850 | | | 07/2010-08/2010 <br> credit use | | | | 253.00 |
| ACCOUNT NO.  5877XXXXXXXXX <br><br> NCO Financial/ Suntrust Bank <br> P O Box 15636 <br> Wilmington DE 19850 | | | 07/2010-08/2010 <br> credit use | | | | 260.00 |

Sheet no. 22 of 30 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 939.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                    ,        Case No. _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4767XXXXXXXXX<br><br>NCO Financial/Suntrust Bank<br>P O Box 15636<br>Wilmington DE 19850 | | | 07/2010-08/2010<br>credit use | | | | 836.00 |
| ACCOUNT NO. 3130XXXXXXXXX<br><br>NCO Financial/Progressive Insurance<br>P O Box 15636<br>Wilmington DE 19850 | | | 12/2011<br>credit use | | | | 239.00 |
| ACCOUNT NO. 0273XXXXXXXXX<br><br>NCO Fin Systems /Bank of America<br>P O Box 17080<br>Wilmington DE 19850 | | | 10/2009<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO. 7515XXXXXXXXX<br><br>Oral Facial& Implant/ ABM Allocated<br>600 N North Ct Ste 200<br>Palatine IL 60067 | | | 01/2012<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO. 0273XXXXXXXXX<br><br>Office of Comptroller/ State of ILL<br>P O Box 4385<br>Chicago IL 60605 | | | 04/2012<br>credit use/ notice only | | | | 0.00 |

Sheet no. 23 of 35 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1075.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M _____ ,      Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0273XXXXXXXXX<br><br>LTD Financial Serv/ Assoc National Bank<br>7322 Southwest Freeway Ste 1600<br>Houston TX 77074 | | | 03/2001<br>notice only | | | | 0.00 |
| ACCOUNT NO.  4452XXXXXXXXXX<br><br>Marietta Power/ Stallings Financial<br>675 North Marietta Pkwy<br>Marietta GA 30060 | | | 11/2010<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO.  1024XXXXXXXXX<br><br>Medical Revenue Ser/Brent D Stamps<br>P O Box 1149<br>Sebring FL 33871 | | | 11/2009<br>medical/ notice only | | | | 0.00 |
| ACCOUNT NO.  8050XXXXXXXXX<br><br>Mutual Hospital/Emerg Rm Physician<br>P O Box 19828<br>Indianapolis IN 46219 | | | 01/2003<br>medical | | | | 141.00 |
| ACCOUNT NO.  6101XXXXXXXXX<br><br>Mutual Hospt Serv/St Margaret Mercy<br>P O Box 19828<br>Indianapolis IN 46219 | | | 01/2003<br>medical | | | | 313.00 |

Sheet no. 24 of 36 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 454.00

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M _____,          Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0678XXXXXXXXX<br><br>Oak Lawn Radiology Imaging/ Southwest Oral Surgeons<br>37241 Eagleway<br>Chicago IL 60678 | | | 04/2008-06/2008<br>medical | | | | 463.00 |
| ACCOUNT NO.  4035XXXXXXXXX<br><br>PCC INC/ Associates National Bank<br>8665 Gibbs Dr #204<br>San Diego CA 92123 | | | 03/2001<br>credit use | | | | 1,285.00 |
| ACCOUNT NO.  9739XXXXXXXXX<br><br>Professional Placemt/ Lacrosse Count<br>316 N Milwaukee St Ste 4<br>Milwaukee WI 53202 | | | 09/2007<br>credit use | | | | 163.00 |
| ACCOUNT NO.  8888XXXXXXXXX<br><br>Proactiv/ North Shore Agency<br>P O Box 361448<br>Des Moines IA 50336 | | | 112012<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO.  5786XXXXXXXXX<br><br>Public StorageMarietta/Allied Interstate<br>680 Piedmont Rd<br>Marietta GA 30066 | | | 10/2011<br>credit use/ notice only | | | | 0.00 |

Sheet no. __25__ of __35__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1911.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Reed Joyce M                                    ,          Case No. _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9738XXXXXXXXX<br><br>Professional Acct Mgmt/ TCF Bank<br>P O Box 391<br>Milwaukee WI 53201 | | | 06/2005<br>credit use | | | | 541.00 |
| ACCOUNT NO.  10QTXXXXXXXXXX<br><br>Progressive Insurance/ NCO Financial<br>6300 Wilson Mills Rd<br>Mayfield Village OH 44143 | | | 12/2011<br>notice only | | | | 0.00 |
| ACCOUNT NO.  1746XXXXXXXXX<br><br>Peoples Energy/ Contract Callers<br>130 E Randolph Dr 17th Fl<br>Chicago IL 60601 | | | 10/2009<br>credit use/notice only | | | | 0.00 |
| ACCOUNT NO.  7952XXXXXXXXX<br><br>Peoples Energy/ Contract Callers<br>130 E Randolph Dr 17th Fl<br>Chicago IL 60601 | | | 02/2008<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO.  6975XXXXXXXXX<br><br>Peoples Energy/ Contract Callers<br>130 E Randolph Dr 17th Fl<br>Chicago IL 60601 | | | 11/2008<br>credit use | | | | 1,142.00 |

Sheet no. 26 of 36 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1683.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                    ,              Case No. _____
_____
**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0273XXXXXXXXX<br><br>Payday Loan Store<br>177 W Lake St<br>Chicago IL 60601 | | | 11/2008<br>credit use | | | | 2,334.00 |
| ACCOUNT NO. 7682XXXXXXXXX<br><br>Prepaid Legal Services<br>One Pre-Paid Way<br>Ada OK 74820 | | | 07/2011<br>credit use | | | | 131.00 |
| ACCOUNT NO. 18D-5XXXXXXXX<br><br>Plantation Ridge Apartmts/Fair Collect<br>1805 Roswell Rd<br>Marietta GA 30062 | | | 06/2010<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO. 6808XXXXXXXXX<br><br>Quality Recovery Serv/ Sure Deposit<br>P O Box 519<br>Lovejoy GA 30250 | | | 01/2012<br>credit use | | | | 2,425.00 |
| ACCOUNT NO. 6199XXXXXXXXX<br><br>Risk Managemt Alt/ SBC Midwest<br>2675 Breckinridge Blvd<br>Duluth GA 30096 | | | 07/2003<br>credit use | | | | 799.00 |

Sheet no. 27 of 36 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 5689.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Reed Joyce M                                    ,        Case No. _____
                **Debtor**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0273XXXXXXXXX<br>Real Page INC/WoodChase 3585-Apt<br>4000 International Pkwy Ste 10<br>Carrollton TX 75007 | | | notice only | | | | 0.00 |
| ACCOUNT NO. 0273XXXXXXXXXX<br>Sage Telecom/National Credit Sol<br>805 Central Expy S<br>Allen TX 75013 | | | 08/2008<br>notice only | | | | 0.00 |
| ACCOUNT NO. 0273XXXXXXXXXX<br>Sure Deposit Claims Dept/Quality Rec<br>293 Eisenhower Pkwy Ste 320<br>Livingston NJ 07039 | | | 01/2012<br>credit use | | | | 512.00 |
| ACCOUNT NO. 4622XXXXXXXXX<br>St Margaret Mercy/Mutual Hospital<br>5454 Hohman Ave<br>Hammond IN 46320 | | | 01/2003<br>medical/notice only | | | | 0.00 |
| ACCOUNT NO. 0273XXXXXXXXX<br>Shiloh Valley Overlook Apartment<br>2100 Shiloh Valley Dr<br>Kennesaw GA 30144 | | | 09/2011<br>credit use | | | | 636.00 |

Sheet no. 28 of 39 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 1148.00

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Reed Joyce M_____,        Case No. _____
          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5877XXXXXXXXX<br><br>Suntrust Bank/ NCO Financial<br>P O Box 291286<br>Nashville TN 37229 | | | 07/2010-08/2010<br>credit use | | | | 290.00 |
| ACCOUNT NO. 0273XXXXXXXXXX<br><br>Suntrust Bank/ NCO Financial<br>P O Box 26150<br>Richmond VA 23260 | | | 07/2010-08/2010<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO. 30XXXXXXXXXXX<br><br>Sun Cash<br>5800 W North Ave<br>Chicago IL 60639 | | | 03/2003<br>credit use | | | | 67.00 |
| ACCOUNT NO. 8672XXXXXXXXX<br><br>Southwest Oral Surgeons<br>6305 West 95th St<br>Oak Lawn IL 60453 | | | 12/2008-01/2009<br>medical | | | | 235.00 |
| ACCOUNT NO. 6217XXXXXXXXX<br><br>Stallings Financial/Marietta Power<br>P O Box 4430<br>Marietta GA 30061 | | | 11/2010<br>credit use | | | | 366.00 |

Sheet no. 29 of 36 continuation sheets attached                                          Subtotal▶  |  $ 958.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                Total▶  |  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                                ,            Case No. _____
             **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4471XXXXXXXXX<br><br>Stellar Recovery/Comcast Atlanta<br>4500 Salibury Rd Ste 105<br>Jacksonville FL 32216 | | | 10/2012<br>credit use | | | | 1,139.00 |
| ACCOUNT NO. 0273XXXXXXXXX<br><br>Stellar Recovery/Comcast Atlanta<br>1845 US Hwy 93 S<br>Kalispell MT 59901 | | | 10/2012<br>notice only | | | | 0.00 |
| ACCOUNT NO. 3322XXXXXXXXX<br><br>Scana Energy Marketing<br>3344 Peachtree Rd NE Ste 2150<br>Atlanta GA 30326 | | | 07/2010<br>credit use | | | | 128.00 |
| ACCOUNT NO. 3578XXXXXXXXX<br><br>Scana Energy Marketing<br>3344 Peachtree Rd NE Ste 2150<br>Atlanta GA 30326 | | | 05/2011<br>notice only | | | | 0.00 |
| ACCOUNT NO. 6740XXXXXXXXX<br><br>State Collection Serv/Peoples Energy<br>2509 S Stoughton Rd<br>Madison WI 53716 | | | 04/2011<br>credit use | | | | 1,110.00 |

Sheet no. _30_ of _36_ continuation sheets attached                                 Subtotal▶  | $ 2377.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                                                                  Total▶  | $
                                                                  (Use only on last page of the completed Schedule F.)
                                                          (Report also on Summary of Schedules and, if applicable on the Statistical
                                                                   Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Reed Joyce M                                    ,          Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0273XXXXXXXXX<br><br>Risk Managemt Alt/ SBC<br>2200 S Busse Rd #1000<br>Mt Prospect IL 60065 | | | notice only | | | | 0.00 |
| ACCOUNT NO.  0273XXXXXXXXXX<br><br>SBC Midwest/Risk Managemt Alt<br>210 S Canal<br>Chicago IL 60606 | | | notice only | | | | 0.00 |
| ACCOUNT NO.  3069XXXXXXXXX<br><br>Stephen A Vile MD/ Transworld Syst<br>2101 S Arlington Heights Rd #100<br>Arlington Heights IL 60005 | | | 12/2012<br>medical/ notice only | | | | 0.00 |
| ACCOUNT NO.  3271XXXXXXXXX<br><br>Suite Solutions/ TransWorld System<br>P O Box 2891<br>Toledo OH 43606 | | | 08/2012<br>notice only | | | | 0.00 |
| ACCOUNT NO.  7703XXXXXXXXX<br><br>Leading Edge Recovery Sol/ Chase<br>5440 N Cumberland Ave Ste 300<br>Chicago IL 60656 | | | 05/2011<br>notice only | | | | 0.00 |

Sheet no. _31_ of _38_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 0.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                        ,         Case No. _____
_____
              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5108XXXXXXXXX<br><br>Sandy Plains Pediatrics/Vincent Ho<br>3225 Shallowford Rd<br>Marietta GA 30062 | | | 05/2010<br>medical | | | | 25.00 |
| ACCOUNT NO.  0273XXXXXXXXX<br><br>SKO Brenner American/ NorthShore<br>P O Box 230<br>Frmngdale NY 11735 | | | 02/2011<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO.  3959XXXXXXXXX<br><br>Sunrise Credit Serv/T-Mobile<br>260 Airport Plaza<br>Farmingdale NY 11735 | | | 12/2005<br>credit use | | | | 959.00 |
| ACCOUNT NO.  4461XXXXXXXXX<br><br>Rolling Stone Magazine<br>P O Box 62230<br>Tampa FL 33662 | | | 12/2012<br>credit use | | | | 40.00 |
| ACCOUNT NO.  3276XXXXXXXXX<br><br>Sprint-Nextel/Afni/Allied Interstate<br>P O Box 361567<br>Columbus OH 43236 | | | 10/2007<br>notice only | | | | 0.00 |

Sheet no. _32_ of _38_ continuation sheets attached                                  Subtotal▶ | $ 1024.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                                                         Total▶ | $
                                                                (Use only on last page of the completed Schedule F.)
                                                  (Report also on Summary of Schedules and, if applicable on the Statistical
                                                           Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M_____ ,     Case No. _____
         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6037XXXXXXXXX<br><br>Nextel-Sprint/ AFNI<br>P O Box 541032<br>Los Angeles CA 90054 | | | notice only | | | | 0.00 |
| ACCOUNT NO.  0273XXXXXXXXX<br><br>Teninga Bergstrom Realty<br>8544 S Ashland Ave<br>Chicago IL 60620 | | | 09/2006<br>notice only | | | | 0.00 |
| ACCOUNT NO.  0914XXXXXXXXX<br><br>TRS Recovery Serv/ Payless Shoe<br>5251 Westheimer<br>Houston TX 77056 | | | 01/2006<br>credit use | | | | 61.00 |
| ACCOUNT NO.  0273XXXXXXXXX<br><br>T-Mobile/Sunrise Credit Service<br>P O Box 53410<br>Bellevue WA 98015 | | | 12/2005<br>notice only | | | | 0.00 |
| ACCOUNT NO.  4011XXXXXXXXX<br><br>TRS Recovery/ Lasalle Bank-BOA<br>P O Box 17450<br>Denver CO 80217 | | | credit use | | | | 646.00 |

Sheet no. 33 of 36 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $ 707.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                    ,          Case No. _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9079XXXXXXXXX<br><br>TransWorld Systems/ Suite Solutions<br>P O Box 17221<br>Wilmington DE 19850 | | | 10/2012<br>credit use | | | | 1,615.00 |
| ACCOUNT NO. 5833XXXXXXXXXX<br><br>TransWorld Systems/Stephen Vile MD<br>507 Prudential Rd<br>Horsham PA 19044 | | | 12/2012<br>credit use | | | | 134.00 |
| ACCOUNT NO. 9577XXXXXXXXX<br><br>TCF Bank/ Professional Acct Mgmt<br>500 Joliet Rd<br>Willowbrook IL 60527 | | | 06/2005<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO. 8650XXXXXXXXX<br><br>Unistates CA/ Quik Payday<br>2809 Wehrle Dr Ste 1<br>Williamsville NY 14221 | | | 04/2008<br>credit use/ notice | | | | 0.00 |
| ACCOUNT NO. 3599XXXXXXXXX<br><br>University of Chicago Hospitals<br>P O Box 70565<br>Chicago IL 60673 | | | 10/2003<br>medical | | | | 252.00 |

Sheet no. __34__ of __38__ continuation sheets attached          Subtotal► | $ 2001.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                              Total► | $
                              (Use only on last page of the completed Schedule F.)
                    (Report also on Summary of Schedules and, if applicable on the Statistical
                              Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                          ,                    Case No. _____
             **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0273XXXXXXXXX<br><br>United Legal Corp<br>9000 Regency Square Blvd Ste 1<br>Jacksonville FL 32211 | | | 10/2005<br>credit use | | | | 290.00 |
| ACCOUNT NO.  9716XXXXXXXXXX<br><br>Van Ru Credit Corp/Univ of Chicago<br>10024 Skokie Blvd Ste 3<br>Skokie IL 60007 | | | 10/2004<br>medical | | | | 513.00 |
| ACCOUNT NO.  6834XXXXXXXXXX<br><br>Van Ru Credit Corp/Univ of Chicago<br>10024 Skokie Blvd Ste 3<br>Skokie IL 60007 | | | 10/2004<br>medical/ notice only | | | | 0.00 |
| ACCOUNT NO.  5266XXXXXXXXX<br><br>Verizon Visa-Associated Nat Bank<br>P O Box 142319<br>Irving TX 75014 | | | 09/2000<br>notice only | | | | 0.00 |
| ACCOUNT NO.  8770XXXXXXXXX<br><br>West Asset Mgmt/ Chase<br>P O Box 790113<br>St Louis MO 63179 | | | 11/2012<br>credit use | | | | 142.00 |

Sheet no. 35 of 3  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $ 945.00

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re   Reed Joyce M                                    ,        Case No. _____
           **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5916XXXXXXXXX<br><br>William Cooper<br>971 Cobb Place Manor Dr<br>Marietta GA 30066 | | | 04/2011<br>credit use | | | | 3,593.00 |
| ACCOUNT NO. 0088XXXXXXXXX<br><br>Wellstar Kennestone Hosp/Brent D Stamps<br>P O Box 406161<br>Atlanta GA 30384 | | | 07/2010<br>medical/ notice only | | | | 0.00 |
| ACCOUNT NO. 9520XXXXXXXXX<br><br>WFNNB/ Value City Furniture<br>P O Box 182272<br>Columbus OH 43218 | | | 07/2012<br>credit use/ notice only | | | | 0.00 |
| ACCOUNT NO. 0273XXXXXXXXX<br><br>Chex Systems<br>7805 Hudson Rd Ste 100<br>Woodbury MN 55125 | | | 02/2013<br>notice only | | | | 0.00 |
| ACCOUNT NO. 0273XXXXXXXXX<br><br>TransUnion<br>P O Box 1000<br>Chester PA 19022 | | | 02/2013<br>notice only | | | | 0.00 |

Sheet no. 36 of 36 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 3593.00

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M _____,     Case No. _____
      **Debtor**     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5204XXXXXXXXXX<br><br>Chase<br>270 Park Ave<br>New York NY 10017 | | | credit use/ notice only | | | | 0.00 |
| ACCOUNT NO. 2660XXXXXXXXXX<br><br>Chase/ West Asset Mgmt<br>270 Park Ave<br>New York NY 10017 | | | credit use/ notice only | | | | 0.00 |
| ACCOUNT NO. 7179XXXXXXXXXX<br><br>Chase<br>270 Park Ave<br>New York NY 10017 | | | credit use/ notice only | | | | 0.00 |
| ACCOUNT NO. 0273XXXXXXXXXX<br><br>Equifax<br>P O Box 740241<br>Atlanta GA 30374 | | | 02/2013<br>notice only | | | | 0.00 |
| ACCOUNT NO. 0273XXXXXXXXXX<br><br>Experian<br>P O Box 2002<br>Allen TX 75013 | | | 02/2013<br>notice only | | | | 0.00 |

Sheet no. 37 of 36 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 0.00

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Reed Joyce M                                        ,        Case No. _____
              **Debtor**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6530XXXXXXXXX<br><br>Rent-A-Center<br>121 E Irving Park Rd<br>Streamwood IL 60107 | | | 05/2012<br>credit use | | | | 7,000.00 |
| ACCOUNT NO.  0273XXXXXXXXX<br><br>Social Security<br>706 North Wheeling Rd<br>Mount Prospect IL 60056 | | | 12/2012<br>credit use | | | | 1,185.00 |
| ACCOUNT NO. 5065xxxxxxx<br><br>ERC<br>P.O Box 1259<br>Dept 98696<br>Oaks, PA 19456 | | | Notice Only | | | | 0.00 |
| ACCOUNT NO. 4535xxxxxxx<br><br>ERC<br>P.O Box 1259<br>Dept 98696<br>Oaks, PA 19456 | | | Notice Only | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |

Sheet no. 38 of 38 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $  8185.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re __Reed Joyce M_____ ,        Case No._____
                    **Debtor**                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re   Reed Joyce M                                  ,              Case No. _____
                **Debtor**                                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  Reed Joyce M                          ,        Case No. _____
              **Debtor**                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: single | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son, son | AGE(S): 15, 11 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | unemployed | N/A |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ |
| 2. | Estimate monthly overtime | $ 0.00 | $ |
| 3. | SUBTOTAL | $ 0.00 | $ |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ |
| | b. Insurance | $ 0.00 | $ |
| | c. Union dues | $ 0.00 | $ |
| | d. Other (Specify): _____ | $ 0.00 | $ |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ |
| 8. | Income from real property | $ 0.00 | $ |
| 9. | Interest and dividends | $ 0.00 | $ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ |
| 11. | Social security or government assistance (Specify): ssi(child benefits) _____ | $ 710.00 | $ |
| 12. | Pension or retirement income | $ 0.00 | $ |
| 13. | Other monthly income (Specify) unemployment, snap _____ | $ 1,363.00 | $ |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,073.00 | $ |
| 15. | AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 2,073.00 | $ |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 2,073.00 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

currently seeking employment

_____

B6J (Official Form 6J) (12/07)

In re  Reed Joyce M_____,    Case No. _____
                Debtor                                        (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,200.00 |
|    a. Are real estate taxes included?    Yes _____   No ✓ | |
|    b. Is property insurance included?    Yes _____   No ✓ | |
| 2. Utilities:   a. Electricity and heating fuel | $ 100.00 |
|    b. Water and sewer | $ 0.00 |
|    c. Telephone | $ 100.00 |
|    d. Other  toiletries, cable, internet | $ 185.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 523.00 |
| 5. Clothing | $ 20.00 |
| 6. Laundry and dry cleaning | $ 40.00 |
| 7. Medical and dental expenses | $ 15.00 |
| 8. Transportation (not including car payments) | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 0.00 |
|    b. Life | $ 0.00 |
|    c. Health | $ 0.00 |
|    d. Auto | $ 0.00 |
|    e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 0.00 |
|    b. Other  school loan Nelnet & Sallie Mae | $ 50.00 |
|    c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  child care | $ 85.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $  2,518.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:



20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
|    a. Average monthly income from Line 15 of Schedule I | $ 2,073.00 |
|    b. Average monthly expenses from Line 18 above | $ 2,518.00 |
|    c. Monthly net income (a. minus b.) | $ -445.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Reed Joyce M                ,          Case No. _____
                    **Debtor**                                          **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __54__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __2/21/13_____          Signature: _Joyce Reed_____
                                                                                    Debtor

Date _____          Signature: _N/A_____
                                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

__N/A_____          __N/A_____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

__N/A_____

_____
Address

x  __N/A_____          _____
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*
----------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  __N/A_____  [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  __N/A_____  [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __54__ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: __N/A_____

                                                                        __N/A_____
                                                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

----------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (12/12)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re:    Reed Joyce M                           ,          Case No. _____
                    Debtor                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1.    Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                  SOURCE

      $8,472.00          2012/YTD  Job Physician Billing Assoc 2430 E Rand Rd Ste 2D
                         $2800.00  2012/YTD Unemployment/Outlook Chiropractic Serv.

B 7 (12/12)                                                                                  2

### 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None


b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 7 (12/12)                                                                                           3


None

c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4.  Suits and administrative proceedings, executions, garnishments and attachments


None

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 08M1105976 Capital One vs Joyce M Reed | default | Circuit Court Cook County | judgment |


None

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 5.  Repossessions, foreclosures and returns

None

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B 7 (12/12)

4

**6.    Assignments and receiverships**


None

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|


None

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7.    Gifts**


None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.    Losses**


None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY  INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B 7 (12/12)                                                                                    5

### 9.    Payments related to debt counseling or bankruptcy

None


List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 10.    Other transfers

None


a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None


b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.    Closed financial accounts

None


List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

B 7 (12/12)    6

### 12. Safe deposit boxes


None

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs


None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person


None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor


None

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

B 7 (12/12)                                                                                                          7

**16. Spouses and Former Spouses**



If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.



a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|



b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|



c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**



a.  *If the debtor is an individual,* list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or

B 7 (12/12)                                                                                       8

other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

 None

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19.  Books, records and financial statements**

 None

a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED

 None

b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                               ADDRESS                               DATES SERVICES RENDERED

B 7 (12/12)                                                                                          9

None ☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the
          books of account and records of the debtor.  If any of the books of account and records are not available, explain.

          NAME                                              ADDRESS


None ☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
          financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

          NAME AND ADDRESS                                  DATE ISSUED


---

### 20.  Inventories

None ☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the
          taking of each inventory, and the dollar amount and basis of each inventory.

          DATE OF INVENTORY          INVENTORY SUPERVISOR       DOLLAR AMOUNT
                                                                OF  INVENTORY
                                                                (Specify cost, market or other basis)


None ☑   b.  List the name and address of the person having possession of the records of each of the inventories reported
          in a., above.

          DATE OF INVENTORY                                 NAME AND ADDRESSES
                                                            OF CUSTODIAN
                                                            OF INVENTORY RECORDS


---

### 21 .  Current Partners, Officers, Directors and Shareholders

None ☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the
          partnership.

          NAME AND ADDRESS          NATURE OF INTEREST     PERCENTAGE OF INTEREST


None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
          directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the
          corporation.
                                                            NATURE AND PERCENTAGE
          NAME AND ADDRESS              TITLE               OF STOCK OWNERSHIP


---

B 7 (12/12)  10

### 22 . Former partners, officers, directors and shareholders



a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|



b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

### 23 . Withdrawals from a partnership or distributions by a corporation



If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.



If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ☑

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

B 7 (12/12)                                                                                    11

I declare ~~under penalty~~ of perjury that I have read the answers contained in the foregoing statement of financial affairs and any att~~achments~~ thereto and that they are true and correct.

Date _____ 2/21/13 _____   Signature of Debtor  _Jayne Rose_ (signature)

Date _____   Signature of Joint Debtor (if any)  N/A

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____   Signature  N/A

Print Name and Title  N/A

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_0_ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

N/A                                    N/A
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

N/A

Address
N/A
Signature of Bankruptcy Petition Preparer                    Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.***

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re Reed Joyce M                              ,                    Case No. _____
                    Debtor                                                    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Aaron's Sales & Lease | **Describe Property Securing Debt:**<br>Bedroom/Media Chest/Dresser/Mirror/Pedi Mattress |

Property will be *(check one):*
    ☐ Surrendered           ☑ Retained

If retaining the property, I intend to *(check at least one):*
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☑ Other.  Explain avoid lien_____ (for example, avoid lien
using 11 U.S.C. § 522(f)).

Property is *(check one):*
    ☑ Claimed as exempt           ☐ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br>Rent-a-Center | **Describe Property Securing Debt:**<br>Living room/Tables/Lamps |

Property will be *(check one):*
    ☐ Surrendered           ☑ Retained

If retaining the property, I intend to *(check at least one):*
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☑ Other.  Explain avoid lien_____ (for example, avoid lien
using 11 U.S.C. § 522(f)).

Property is *(check one):*
    ☑ Claimed as exempt           ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

**PART B – Personal property subject to unexpired leases.** *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>N/A | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES      ❏ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:**<br>N/A | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES      ❏ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:**<br>N/A | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❏ YES      ❏ NO |

_0_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: ___2/21/13___

_____
Signature of Debtor

N/A
_____
Signature of Joint Debtor